UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JP MORGAN CHASE BANK, N.A., | 2:08-CV-01711-PMP-RJJ |
| Plaintiff, | **BASE FILE** |
| vs. | 2:08-CV-01717-PMP-RJJ |
| | 2:08-CV-01714-PMP-RJJ |
| | 2:08-CV-01715-PMP-RJJ |
| | 2:08-CV-01709-PMP-RJJ |
| KB HOME, et al., | 2:08-CV-01713-PMP-RJJ |
| | 2:08-CV-01716-PMP-RJJ |
| Defendants. | 2:09-CV-01154-PMP-RJJ |
| | 2:09-CV-01547-PMP-RJJ |
| | 2:09-CV-01548-PMP-RJJ |
| | 2:09-CV-01549-PMP-RJJ |
| | 2:09-CV-01550-PMP-RJJ |
| | 2:09-CV-01551-PMP-RJJ |
| | 2:09-CV-01552-PMP-RJJ |
| | **ORDER** |
| AND ALL RELATED ACTIONS | |

Having read the Second Joint Status Report (Doc. #400) filed August 2, 2011, by the parties to this action pursuant to the Court's Order (Doc. #395) entered February 8, 2011. The Court concludes that it would be helpful to conduct a status conference with counsel to address the various deadlines referenced in paragraph 6 of the Second Joint Status Report and the status of Non-Settlement Parties.

**IT IS THEREFORE ORDERED that** these consolidated actions are

hereby set for a Status Conference on **Monday, November 14, 2011,** at **10:00 a.m., Courtroom 7-C.**

DATED: August 3, 2011.

*Philip M. Pro*

PHILIP M. PRO
United States District Judge