LEWIS AND ROCA LLP
Robert M. Charles, Jr. (NV 6593)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Telephone: 702.949.8320
Facsimile: 702.949.8321
E-mail: rcharles@LRLaw.com

MORRISON & FOERSTER LLP
James E. Hough (NY 2109775) (Admitted *pro hac vice*)
1290 Avenue of the Americas
New York, New York 10104-0050
Telephone: 212. 468.8000
Facsimile: 212. 468.7900
E-mail: jhough@mofo.com

Attorneys for Plaintiff
JPMORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JPMorgan Chase Bank, N.A.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Focus South Group, LLC and John A. Ritter<br><br>　　　　　　Defendants. | **Case Nos.:**<br>Case No. 2:09-cv-01550<br>Case No. 2:09-cv-01549<br>Case No. 2:09-cv-01548<br>Case No. 2:09-cv-01551<br>Case No. 2:09-cv-01552<br>Case No. 2:08-cv-01709<br>Case No. 2:08-cv-01711<br>Case No. 2:08-cv-01713<br>Case No. 2:08-cv-01716<br>Case No. 2:08-cv-01715<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

This Stipulation (the "Stipulation") is entered as of December 9, 2011 by and between Plaintiff JPMorgan Chase Bank, N.A. in its capacity as Administrative Agent ("JPMorgan") on the one hand and the following parties (the "Dismissed Defendants") on the other:

- Defendants John A. Ritter and Focus South Group, LLC (the "Focus Parties")
- Defendants KB Home and KB Home Nevada Inc.
- Defendants Toll Brothers Inc. and Coleman-Toll Limited Partnership
- Defendants Weyerhaeuser Real Estate Company and Pardee Homes of Nevada
- Defendants Beazer Homes USA, Inc. and Beazer Homes Holding Corp.

1
**STIPULATION OF DISMISSAL**
ny-1001289

**Recitals**

1. WHEREAS on December 5, 2008, JPMorgan (in its capacity as Administrative Agent, on behalf of the Lenders) commenced the "Completion Guaranty Cases" in the Southern District of New York. The Completion Guaranty Cases were ultimately transferred to the United States District Court for the District of Nevada. The Completion Guaranty Cases filed against the Dismissed Defendants are captioned[1]:

- *JPMorgan Chase Bank, N.A. v. Focus South Group, LLC and John A. Ritter*, Case No. 2:09-cv-01550
- *JPMorgan Chase Bank, N.A. v. KB Home and KB Home Nevada Inc.*, Case No. 2:09-cv-01549
- *JPMorgan Chase Bank, N.A. v. Coleman-Toll Limited Partnership and Toll Brothers, Inc.*, Case No. 2:09-cv-01548
- *JPMorgan Chase Bank, N.A. v. Weyerhaeuser Real Estate Company and Pardee Homes of Nevada*, Case No. 2:09-cv-01551
- *JPMorgan Chase Bank, N.A. v. Beazer Homes USA, Inc. and Beazer Homes Holdings Corp.*, Case No. 2:09-cv-01552

2. WHEREAS on December 5, 2008, JPMorgan (in its capacity as Administrative Agent, on behalf of the Lenders) also commenced the "UCC Cases" in the United States District Court for the District of Nevada (the "UCC Cases"). The UCC Cases filed against the Dismissed Defendants are captioned[2]:

- *JPMorgan Chase Bank, N.A. v. Focus South Group, LLC and John A. Ritter*, Case No. 2:08-cv-01709
- *JPMorgan Chase Bank, N.A. v. KB Home and KB Home Nevada Inc.*, Case No. 2:08-cv-01711
- *JPMorgan Chase Bank, N.A. v. Coleman-Toll Limited Partnership and Toll Brothers, Inc.*, Case No. 2:08-cv-01713
- *JPMorgan Chase Bank, N.A. v. Weyerhaeuser Real Estate Company and Pardee Homes of Nevada*, Case No. 2:08-cv-01716
- *JPMorgan Chase Bank, N.A. v. Beazer Homes USA, Inc. and Beazer Homes Holdings*

---

[1] JPMorgan also filed a Completion Guaranty case against Meritage Homes Corp. and Meritage Homes of Nevada, Inc. ("Meritage") (*JPMorgan Chase Bank, N.A. v. Meritage Homes Corp. and Meritage Homes of Nevada, Inc.*, Case No. 2:09-cv-01547). Subject to the Meritage defendants' consent, JPMorgan proposes to dismiss the case against the Meritage defendants without prejudice.

[2] JPMorgan also filed a UCC case against Meritage (*JPMorgan Chase Bank, N.A. v. Meritage Homes Corp. and Meritage Homes of Nevada, Inc.*, Case No. 2:08-cv-01717). Subject to the Meritage defendants' consent, JPMorgan proposes to dismiss the UCC Case against the Meritage defendants without prejudice.

*Corp.*, Case No. 2:08-cv-01715

3.    WHEREAS the Completion Guaranty Cases and the UCC Cases were subsequently consolidated for discovery purposes, in a base case entitled *JPMorgan Chase Bank, N.A. v KB Home, et al.,* Case No. 2:08-cv-01711-PMP-RJJ (United States District Court for the District of Nevada).

4.    WHEREAS on December 9, 2010, JPMorgan (in its individual capacity as Lender), Credit Agricole Corporate and Investment Bank and Wells Fargo Bank, N.A. (collectively, the "Petitioning Creditors") filed an involuntary petition under chapter 11 of the United States Bankruptcy Code against South Edge, LLC ("South Edge"), commencing a case entitled *In re: South Edge, LLC*, United States Bankruptcy Court for the District of Nevada, Case No. 10-32968-BAM (the "South Edge Bankruptcy Case"), and JPMorgan, in its capacities as Administrative Agent and a creditor, sought the appointment of an interim and permanent chapter 11 trustee.

5.    WHEREAS on February 3, 2011, the Bankruptcy Court in the South Edge Bankruptcy Case entered an order for relief on the Petitioning Creditors' involuntary petition, as well as an order directing the appointment of a chapter 11 trustee.

6.    WHEREAS JPMorgan in its capacity as Administrative Agent, together with the Settling Builders,[3] proposed and filed in the South Edge Bankruptcy Case the Joint Plan of Reorganization Proposed by JPMorgan Chase Bank, N.A., as Administrative Agent Under the Prepetition Credit Agreement, and the Settling Builders (Amended as of October 21, 2011), ECF No. 1309 (the "Plan"), which Plan was confirmed by order of the Bankruptcy Court dated October 27, 2011, ECF No. 1335]. The Plan provides for, among other things, a settlement among the Agent and the Settling Builders, and the assignment of South Edge's real estate and certain other assets to the Acquirer, all as defined and provided in the Plan. On November 18, 2011, the Plan became effective. Pursuant to the Plan, the Settling Builders paid in full the amounts sought by JPMorgan pursuant to the repayment guarantees provided by the Settling

---

[3] The Settling Builders are all of the Dismissed Defendants with the exception of the Focus Parties and Alameda Investments, LLC.

1  Builders (which repayment guarantees had been triggered as a result of the entry of the order for

2  relief in the South Edge Bankruptcy Case).  In total, the Settling Builders funded more than $330

3  million in repayment guarantee and other amounts pursuant to the Plan.

4         7.    WHEREAS the Settling Builders, the Focus Parties, and JPMorgan (solely in its

5  capacity as Administrative Agent) are parties to the Settlement and Mutual Release dated as of

6  October 17, 2011 (the "Settlement Agreement"), under which the parties thereto resolved, among

7  other things, all claims and potential claims between the Focus Parties, on the one hand, and the

8  Settling Builders, (to the extent practicable and permissible under the Credit Agreement) the

9  Administrative Agent, and the Trustee (on behalf of South Edge and its bankruptcy estate), on the

10  other hand.  Pursuant to the Settlement Agreement, the Focus Parties and various of their

11  affiliates received $40.4 million, including $35.4 million paid by the Settling Builders.

12         8.    WHEREAS, among other parties, the Settling Builders, JPMorgan (solely in its

13  capacity as Administrative Agent), Inspirada Builders, LLC, South Edge (by Inspirada Builders

14  LLC) and the Alameda Liquidating Trust, as successor-in-interest to Alameda Investments, LLC,

15  are parties to the Settlement Agreement and Mutual Release of Claims dated as of November 8,

16  2011 (the "Alameda Settlement Agreement"), under which the parties thereto granted the mutual

17  releases provided for therein and agreed to consolidate and allow a single, $56 million claim

18  against the Alameda Liquidating Trust in favor of South Edge.

19  **Stipulation**

20  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

21  attorneys for JPMorgan and the Dismissed Defendants, as follows:

22         1.    In accordance with the Plan, the Settlement Agreement and the Alameda Settlement

23  Agreement, the UCC Cases and Completion Guaranty Cases filed against the Dismissed

24  Defendants should be dismissed, in each case without prejudice, and without costs to any party.

25         2.    This stipulation may be approved by the Court on an *ex parte* basis under Federal

26  Rule of Civil Procedure 41(a)(2).

27

28

Dated:  December 9, 2011

By:   /s/ Anthony P. Sgro
   PATTI SGRO & LEWIS
   Anthony P. Sgro
   720 South 7th Street, 3rd Floor
   Las Vegas, NV 89101
   Telephone:  (702) 385-9595
   Facsimile:  (702) 386-2737

   WHITE & CASE, LLP
   Bryan A. Merryman
   Roberto J. Kampfner
   633 W. 5th Street, Suite 1900
   Los Angeles, CA 90071
   Tel: (213) 620-7729
   Facsimile: (213) 452-2329

*Counsel for Defendants John A. Ritter, and Focus South Group, LLC*

By: /s/ Andrew J. Detherage
   Andrew J. Detherage
   Karoline E. Jackson
   BARNES & THORNBURG LLP
   11 S. Meridian Street
   Indianapolis, Indiana 46204
   Tel: (317) 236-1313
   Fax: (317) 231-7433
   Andy.Detherage@btlaw.com

   Megan K. Dorsey
   KOELLER, NEBEKER, CARLSON, & HALUCK, LLP
   300 S. 4th St., # 500
   Las Vegas, Nevada 89101
   Tel: (702) 853-5500
   Fax: (702) 853-5599

*Counsel for Defendants Beazer Homes Holdings Corp. and Beazer Homes USA, Inc.*

By:   /s/ Robert M. Charles, Jr.
   LEWIS AND ROCA LLP
   Robert M. Charles, Jr.
   3993 Howard Hughes Parkway, Suite 600
   Las Vegas, Nevada 89169-5996
   Telephone:702.949.8320
   Facsimile: 702.949.8321
   E-mail:    rcharles@LRLaw.com

   James E. Hough (Admitted *pro hac vice*)
   MORRISON & FOERSTER LLP
   1290 Avenue of the Americas
   New York, NY  10104-0050
   Tel.: 212.468.8000
   Fax:  212.468.7900
   jhough@mofo.com

*Counsel for JPMorgan Chase Bank, N.A.*

By: /s/ Fredric C. Nelson
   Fredric C. Nelson (CA SBN 48402)
   John R. Foote (CA SBN 99674)
   NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
   San Francisco, California 94111
   Tel: (415) 984-8200
   Fax: (415) 984-8300
   fnelson@nixonpeabody.com

   Pat Lundvall (NSBN 3761)
   MCDONALD CARANO WILSON LLP
   2300 West Sahara Avenue, Suite 1000
   Las Vegas, Nevada 89102
   Tel: (702) 873-4100
   Fax: (702) 873-9966

*Counsel for Defendants Pardee Homes of Nevada and Weyerhaeuser Real Estate Company*

| | |
|---|---|
| By: /s/ Bruce E. Van Dalsem<br>Bruce E. Van Dalsem<br>Michael T. Lifrak<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Tel: (213) 443-3000<br>Fax: (213) 443-3100<br>brucevandalsem@quinnemanuel.com | By: /s/ Mark T. Drooks<br>Mark T. Drooks<br>Thomas V. Reichert<br>Benjamin D. Lichtman<br>BIRD, MARELLA, BOXER, WOLPERT,<br>NESSIM, DROOKS & LINCENBERG,<br>P.C.<br>1875 Century Park East<br>Los Angeles, California 90067<br>Tel: (310) 201-2100 Fax:<br>(310) 301-2110<br>mtd@birdmarella.com |
| Donald Lattin<br>MAUPIN OATS COX& LEGOY, PC<br>4785 Caughlin Pkwy<br>Reno, Nevada 89509<br>Tel: (775) 827-2000 | Donald Lattin<br>MAUPIN OATS COX& LEGOY, PC<br>4785 Caughlin Pkwy<br>Reno, Nevada 89509<br>Tel: (775) 827-2000 |
| *Counsel for Defendants KB Home and KB Home Nevada, Inc.* | *Counsel Defendants Coleman-Toll Limited Partnership and Toll Brothers, Inc.* |

IT IS SO ORDERED

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated:  December 12, 2011.

6
**STIPULATION OF DISMISSAL**

ny-1001289